UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E. Jean Carroll,

                         Plaintiff,                        22 **CIVIL** 10016 (LAK)

       -against-                                 **JUDGMENT**

Donald J. Trump,

                         Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, Plaintiff E. Jean Carroll has judgment against the defendant Donald J. Trump in the sum of $2,000,000.00 for injuries; $20,000.00 in punitive damages; $1,000,000.00 for damages other than the reputation repair program; $1,700,000.00 for damages for the reputation repair program; and $280,000.00 in punitive damages; accordingly, the case is closed.

DATED: New York, New York
             May  11, 2023

                                                                 **RUBY J. KRAJICK**

So Ordered:                                              Clerk of Court

                                                    BY:   K. Mango

**U.S.D.J.**                                                      **Deputy Clerk**