**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: May 12, 2023
Docket #: 23-793
Short Title: Carroll v. Trump

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 22-cv-10016
DC Court: SDNY (NEW YORK CITY)
DC Judge: Kaplan

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

_____ Record on Appeal - Certified List

_____ Record on Appeal - CD ROM

_____ Record on Appeal - Paper Documents

__X__ Record on Appeal - Electronic Index

_____ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8577.