**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 23-cv-00793

Caption [use short title]: E. Jean Carroll v. Donald J. Trump

**Motion for:** MOTION FOR LEAVE TO FILE A MOTION TO INTERVENE

Set forth below precise, complete statement of relief sought:

Leave to file a motion to intervene

**MOVING PARTY:** James H. Brady

**OPPOSING PARTY:** ______

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** ______

**OPPOSING ATTORNEY:** Chad Seigel, Esq.

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| James H. Brady | Tacopina & Seigel, P.C. |
| 21 Pearce Avenue | 275 Madison Avenue, 35th Floor |
| Manasquan, NJ 08736 | New York, NY 10016 |

Court- Judge/ Agency appealed from: U.S.District Court Southern District of New York, Judge Lewis Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): ______

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: ______

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date: ______

**Signature of Moving Attorney:**

James H. Brady

**Date:** May 17, 2023

Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

E. Jean Carroll,

*Plaintiff,*

Case No. 23-cv-00793

-against-

Donald J. Trump,

*Defendant.*

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO INTERVENE**

1. I am making this motion for leave to make a motion to intervene in the case of *Carroll v. Trump,* 22-cv-00793, because I have concrete proof that the May 9, 2023 Jury Interrogatory Sheet written by Judge Lewis Kaplan (Exhibit One) made absolutely no sense and was totally wrong and unconstitutional as a matter of law and fact. This motion for leave to intervene is necessary because justice mandates the granting of this motion since there is no time for the usual very long appeal process since Mr. Trump is the leading presidential candidate right now, and because Mr. Trump's lawyers are too incompetent to notice the jury instruction flaws that I noticed the moment the jury verdict was read.

2. The very day that the jury verdict was read on May 9, 2023, I wrote Judge Kaplan a Friend of the Court Letter explaining the unconstitutional flaws in his Jury sheet, and filed the letter with the Clerk on May 9, 2023 to be put on the docket sheet in the electronic filing system. (Exhibit 2). Instead of filing the letter on the electronic filing system docket sheet, the Clerk, or one of her assistants, hand delivered the letter to Judge Kaplan and the two of them decided together to hide the letter and its contents from the docket sheet in order to conceal my valid statements of the jury interrogatory errors from public scrutiny. A review of the docket sheet shows that in contrast, the Clerk and Court put the other two letters they received on the docket sheet although those letters were incoherent and served no real purpose.

3. Something is terribly wrong when the Plaintiff is awarded compensatory and punitive damages totaling $5,000,000 when it was the Plaintiff that the unanimous jury determined was not telling the truth when she and her two friends and two attorneys all made the horrific claim that Trump raped Ms. Carroll in a Bergdorf Goodman department store in late 1995 or early 1996. Only through very wrong jury instructions can that outcome be possible.

4. It is impossible for anyone to dispute the fact that the Jury Sheet Judge Lewis Kaplan wrote was hopelessly flawed when you compare what Ms. E. Jean Carroll said in her opening statements against what the Jury found on question number one of

their May 9, 2023 Jury Interrogatory Sheets. In Ms. Carroll's very first statements on the witness stand she states the following:

> I am here because Donald Trump raped me and when I wrote about it he said it did not happen. He lied and shattered my reputation. And I am here to try to get my like back.

5. The first question on the jury interrogatory sheet was the following:

Did Donald Trump rape E. Jean Carroll? Answer: No.

6. This meant that the Jury sided with Donald Trump on the express issue that the case pertained to. This answer meant Donald Trump won and E. Jean Carroll lost on the express issue why she told the Jury she was there.

7. The instructions should have stopped the jury from other questions when they ruled that Donald Trump had not raped Ms. Carroll. But this threshold issue was ignored completely on the Jury Sheet, and the Jury was instructed to answer other questions that were not the reason Ms. Carroll said she was there. This atrocity is the reason I am writing this motion for leave to make a motion to intervene in this case.

8. Before I filed this motion for leave to intervene, I did contact Judge Lewis Kaplan with a Friend of the Court Letter that I sent immediately to the Court on May 9, 2023 after I learned of the illogical Jury instructions. (Exhibit 2).

9. As my May 9, 2023 Friend of the Court letter proves, the jury found that Mr. Trump was telling the truth when he said in his October 22, 2022 Truth Social statement that he never raped Ms. Carroll and that her statement that he did was a ‘con

job." In my Friend of the Court Letter, I point out for Judge Kaplan that the jury finding that Mr. Trump never raped Ms. Carroll cannot co-exist with the jury findings that Mr. Trump was liable to Ms. Carroll for $5 million in damages including defamation and character harm causes of action. (Exhibit 1).

10. The opposite should have been the case but Mr. Trump's incompetent lawyers never put in counterclaims that Ms. Carroll should owe Mr. Trump for defamation and character harm at the same time they ruled that Ms. Carroll and her friends and lawyers were not telling the truth when they colluded in advancing Ms. Carroll's false claim that she was raped on some unknown date in some unknown year around 1995 or 1996.

11. A review of the May 9, 2023 Jury Sheet (Exhibit 1) proves Judge Kaplan never told the Jury what express part of Donald Trump's October 22, 2022 Truth Social statements (Exhibit 3) they were determining to be "defamatory," or the basis to determine that some particular statement in the October 22, 2022 statement caused Mr. Trump to have to pay Ms. Carroll millions in defamation and reputational damages.

12. 12. Worse, the May 9,2023 Jury interrogatory sheets never instructed the jury that it they found that it was true when Donald Trump said he did not rape Ms. Carroll, that she could not collect on her defamation and reputational character harm claims. This is a fact because when the jury sided with Donald Trump that he did not rape Ms. Carroll, that means her lies and the lies of her two friends and two lawyers

caused her own reputational harm by lying and falsely accusing a man of rape in collusion with her friends and lawyers.

13. The May 9, 2023 Jury Interrogatory Sheets prove that through the flawed jury Interrogatory sheets , the Jury was never asked or said what part of Mr. Trump's October 22, 2022 Truth Social statement they could consider as defamatory or causing reputational harm to Ms. Carroll.

14. The flawed jury Interrogatory sheets caused the Jury simultaneously rule in the same May 9, 2023 Jury Interrogatory Sheet in Mr. Trump's favor that it was not true when Ms. Carroll and her friends and lawyers said that Mr. Trump raped Ms. Carroll sometime in 1995 or 1996 and at the same time award Ms. Carroll $5 million in damages, including defamation and character harm for Mr. Trump denying that he raped Ms. Carroll.

15. Common sense and the rule of law mandates that when the jury ruled Ms. Carroll and her two friends and two lawyers lied about Mr. Trump raping Ms. Carroll, that finding would preclude any damages award to Ms. Carroll on any of her claims including her defamation or reputational character harm claims.

16. Common sense mandates that the jury would need to expressly state which part of Mr. Trump's statements on Truth Social would be able to remain as sustainable defamation and character harm claims in light of the fact that the Jury unanimously ruled that it was true when Trump claimed that it was false and a lie when Ms. Carroll claimed

in 2019 that she was raped by then President Donald Trump sometime in late 1995 or 1996.

17.     Below is what Donald Trump said in its entirety on Truth Social in a statement on October 12, 2022 (Exhibit 3), and none of these statements shown below were referenced on the May 9, 2022 Jury Interrogatory Sheet for the jury to determine and evaluate as being defamatory or causing reputational harm to Ms. Carroll.

18.     Failing to quote specific statements for the jury to rule on was a fatal mistake by Judge Kaplan that this Court could rule on without any additional documentation besides comparing the May 9, 2023 Jury Sheet with Mr. Trump's October 22, 2022 statement anshown below in their entirety:

> This "Ms. Bergdorf Goodman case" is a complete con job, and our legal system in this Country, but especially in New York State (just look at Peekaboo James), is a broken disgrace. You have to fight for years, and spend a fortune, in order to get your reputation back from liars, cheaters, and hacks. This decision is from the Judge who was just overturned on my same case.
>
> I don't know this woman, have no idea who she is, other than it seems she got a picture of me many years ago, with her husband, shaking my hand on a reception line at a celebrity charity event. She completely made up a story that I met her at the doors of this crowded New York City Department Store and, within minutes, "swooned" her.
>
> It is a Hoax and a lie, just like all the other Hoaxes that have been played on me for the past seven years. And, while I am not supposed to say it, I will. This woman is not my type! She has no idea what day, what week, what month, what year, or what decade this so-called "event" supposedly took place. The reason she doesn't know is because it never happened, and she doesn't want to get caught up with details or facts that can be proven wrong.

> If you watch Anderson Cooper's interview with her, where she was promoting a really crummy book, you will see that it is a complete Scam. She changed her story from beginning to end, after the commercial break, to suit the purposes of CNN and Andy Cooper. Our Justice System is broken along with almost everything else in our Country. Her lawyer is a political operative and Cuomo crony who goes around telling people that the way to beat Trump is to sue him all over the place. She is suing me on numerous frivolous cases, just like this one, and the court system does nothing to stop it.
>
> In the meantime, and for the record, E. Jean Carroll is not telling the truth, is a woman who I had nothing to do with, didn't know, and would have no interest in knowing her if I ever had the chance. Now all I have to do is go through years more of legal nonsense in order to clear my name of her and her lawyer's phony attacks on me. This can only happen to "Trump"!

19. A review of the May 9, 2023 Jury Interrogatory Sheet also proves that Judge Kaplan failed to perform the mandated analysis tests needed to see which parts of the above statements were to be dismissed by him as being Mr. Trump's opinion and which parts of Mr. Trump's statement were to be dismissed as irrelevant to the defamation claim before any of the above statements went to the jury.

20. Worse, the jury instructions show Judge Kaplan failed to tell the jury which parts were of Mr. Trump's statements were to be dismissed as being true if the Jury found that Mr. Trump did not raped Ms. Carroll.

21. The Jury expressly decided in question number one of their May 9, 2023 jury interrogatory sheets that Mr. Trump did not rape Ms. Carroll, so the instructions

should have said under that finding no damages including defamation claims or reputational damages awards should be  awarded to Ms. Carroll.

22.     All of these grave errors by Judge Kaplan need to be brought to this Court's attention right now in this motion for leave to intervene since Judge Kaplan simply ignored my May 9, 2023 Friend of the Court Letter that was sent to him on the very same day the jury came back with its internally inconsistent findings that were made because of  Judge Kaplan's very flawed Jury Interrogatory Sheet instructions.

23.     Simply put, it is untenable that a Jury can find Mr. Trump guilty of defamation and character harm while at the same time finding in Mr. Trump's favor that Ms. Carroll, her two friends and Ms. Carroll's two lawyers were not telling the truth when they all claimed in unison to the jury that Mr. Trump raped Ms. Carroll in Bergdorf Goodman Department store sometime in the mid 1990s.

24.     A review of the May 9, 2023 Jury interrogatory sheet proves Judge Kaplan never instructed the jury that as a matter of law, truth is a full defense to defamation claims and character harm claims so after the Jury ruled that the horrific claim that Mr. Trump raped Ms. Carroll was not true, the Jury should have been instructed on Judge Kaplan's Jury Sheet not to grant any damages including defamation of character harm money damages since truth is a full defense against Ms. Carroll's defamation and character harm claims.

25.     In sum, the fact that this jury found the rape claims untrue means Mr.
Trump did not defame Ms. Carroll or cause any harm to her character by denying Ms.
Carroll's false rape claims.  These are obvious facts that are being swept  under the rug
to harm Mr. Trump and his presidential bid to regain the presidency of the United States.
This conduct by Judge Kaplan supports Mr. Trump's October 22, 2022 statements about
Judge Kaplan treating Mr. Trump unfairly.  And parenthetically, regardless of the truth or
falsity of this claim, it has nothing to do with Ms. Carroll's claims against Mr. Trump.

26.     Judge Kaplan certainly knew he needed to do an analysis of all the separate
parts of Mr. Trump's statements to see which parts he needed to dismiss as 1) truth, 2)
opinion, or 3) irrelevant to Ms. Carroll's defamation claim.  The Jury Sheet proves he
incorrectly and unconstitutionally failed to ever perform the test to see which parts, if
any, of Mr. Trump's October 12, 2022 statements were to be decided by the jury.  Worse,
the jury was never told or instructed that if they believed Mr. Trump's claim that he did
not rape Ms. Carroll, then Carroll could not prevail in her damages and defamation
claims.

27.     Mr. Trump is the leading Republican presidential candidate right now and
does not have "years to clear his name."  Mr. Trump's name was cleared when the jury
found that he had not raped Ms. Carroll, so this Court must grant this motion to
intervene for the sake of our Republic.

DATED: May 17, 2023

/s/ James H. Brady

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ 08736
(201) 923-5511
bradyny@gmail.com

# EXHIBIT 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

E. JEAN CARROLL,

Plaintiff,

-against-

22-cv-10016 (LAK)

DONALD J. TRUMP,

Defendant.

---------------------------------------------------------------- x

**VERDICT FORM**

**Battery**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

1. Mr. Trump raped Ms. Carroll?

YES _____ NO ✓

*[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 2.]*

2. Mr. Trump sexually abused Ms. Carroll?

YES ✓ NO _____

*[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 3.]*

3. Mr. Trump forcibly touched Ms. Carroll?

YES _____ NO _____

*[If you answered "Yes," continue to Question 4. If you answered "No," skip to Question 6.]*

4. Ms. Carroll was injured as a result of Mr. Trump's conduct?

YES ✓ NO _____

If "Yes," insert a dollar amount that would fairly and adequately compensate her for that injury or those injuries.

$ 2,000,000 — (2 million)

If "No," insert $1.

$ ________

*[Continue to Question 5, whether you answered "Yes" or "No."]*

5. Mr. Trump's conduct was willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Carroll, or was so reckless as to amount to such disregard?

YES ✓ NO ___

If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$ 20,000 — (twenty thousand)

*[Continue to Question 6, whether you answered "Yes" or "No."]*

**Defamation**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

6. Mr. Trump's statement was defamatory?

YES ✓ NO ___

*[If you answered "Yes," continue to Question 7. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by clear and convincing evidence, that**

7. Mr. Trump's statement was false?

YES ✓ NO ___

*[If you answered "Yes," continue to Question 8. If you answered "No," stop here and return your verdict.]*

8. Mr. Trump made the statement with actual malice?

YES ✓ NO ___

*[If you answered "Yes," continue to Question 9. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

9. Ms. Carroll was injured as a result of Mr. Trump's publication of the October 12, 2022 statement?

YES ✓ NO ____

If "Yes," insert a dollar amount for any damages other than the reputation repair program.

$ 1,000,000. – (1 million)

If "Yes," insert a dollar amount for any damages for the reputation repair program only.

$ 1,700,000. – (1.7 million)

If "No," insert $1.

$__________

*[Continue to Question 10, whether you answered "Yes" or "No."]*

10. In making the statement, Mr. Trump acted maliciously, out of hatred, ill will, spite or wanton, reckless, or willful disregard of the rights of another?

YES ✓ NO ____

If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$ 280,000. – (two hundred eighty thousand)

*[Please write your juror number (not you seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated: 5/9, 2023

Juror numbers:

10

37

39

44

48

58

77

80

81

# EXHIBIT
# 2

May 9, 2023

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

**Re: Carroll v. Trump**
**Case No. 1:22-cv-10016**

Dear Judge Kaplan:

This is a Friend of the Court Letter in the case *Carroll v. Trump*.

I am very concerned because it is clear and obvious to me that there were fatal mistakes made in this Court's May 9,2023 Jury instructions that I want to point out as a friend of the Court..

First, the threshold issue (and only true defamation issue) was whether it was defamatory or not when Mr. Trump denied that he raped Ms. Carroll. As it turned out the Jury sided with Mr. Trump on this threshold issue because the Jury ruled that they did not believe that Ms. Carroll was telling the truth when she said on the cover of New York Magazine and in her book that she was raped by Donald Trump in Bergdorf Goodman Department Store.

Your Jury instructions should have certainly said that if the Jury did not belief that Donald Trump raped Ms. Carroll than Ms. Carroll cannot collect on a defamation claim since it was expressly this rape denial by Mr. Trump that was the bases for Ms. Carroll's defamation claim. Period. End of Story

This was a threshold mistake that needs to be addressed by this Court without delay.

Second it was wrong for this Court to permit the defamation claims focus to be permitted essentially shift from the real issue of whether Mr. Trump was lying and being defamatory when he denied the rape accusations to whether

Trump was lying and being defamatory when he said that Ms. Carroll "was not his type"

It was sheer lunacy that Ms. Kaplan's main focus for the defamation claim was for the jury to determine if Mr. Trump was lying and being defamatory when he said that Ms. Carroll was "not his type"

The Court permitted Ms. Kaplan to present this issue as being a key to this defamation and rape case. Certainly this Court knows Mr. Trump's comment about Mr. Carroll not being the " type pf Woman he would rape was just meant to be a funny insult toward the woman who was accusing him of rape.

It was plain and obvious that Mr. Trump was not really saying that there was any 'type" of woman that he would rape. Respectfully I must say that it was an very wrong that this Court let Ms. Kaplan make it a triable issue whether Mr. Trump was being defamatory by saying Ms. Carroll was not Mr. Trump's "type "of woman that he would rape. It was wrong that Ms. Kaplan was permitted to argue that Ms. Carroll was the exact "type" of woman Mr. Trump would want to rape. Regardless the jury ruled that Ms. Carroll was not raped yet this fact goes below the radar and Ms. Carroll and her attorney Ms. Kaplan are viewed as victorious because there was no negative consequence to Ms. Carrell if her rape claims were rejected by the jury as they were on May 6,2023.

Under this Court's May 9,2023 Jury instructions there was no benefit for Mr. Trump even though the jury found in hi favor that he had not raped Ms. Carroll. The fact that he did not rape Ms. Carroll means the defamation claim should have been dropped and yet the defamation aware remained. This needs to be fixed by this Court.

Simply put, the Jury instructions should have said that if the jury did not find that Mr. Trump raped Ms. Carroll then the jury should have been told to award no money to Ms. Carroll for her defamation and reputational harm claims can be awarded since that finding that Mr. Trump did not rape Ms. Carroll would mean that it was not defamatory when Mr. Trump said it was not true then Ms. Carroll said that she was raped by Mr. Trump

Certainly Ms. Carroll should have been punished if the Jury found that she was not being truthful in her claim of being raped by Donald Trump in Bergdorf Goodman Department Store.

But instead, pursuant to this Court's May 9,2023 Jury instructions, the really big lie made by Ms. Carroll was just shrugged off and Ms. Carroll was able to collect millions on a defamation claim even though it was ruled by the jury that Mr. Trump was telling the truth that he did not rape Ms. Carroll. This outcome should shock your conscience and needs to be remedied for the sake of justice.

Parenthetically what should have happened was that Mr. Trump should have had counterclaims suing Ms. Carroll for defamation for her falsely claiming that Mr. Trump raped her at Bergdorf Goodman Department Store. The damages for that false claim by Ms. Carroll would have been higher than the five million dollars that Mr. Trump is being forced to pay to a woman that the jury found was not raped by Mr. Trump.

Thank You,

/s/James H Brady

____________________________

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ 08736

# EXHIBIT
# 3

**Donald J. Trump Statement re E. Jean Carroll**
**October 12, 2022**

https://truthsocial.com/@realDonaldTrump/posts/109158644496040450

- October 12, 2022 -

Statement by Donald J. Trump, 45th President of the United States of America

This "Ms. Bergdorf Goodman" case is a complete con job, and our legal system in this Country, but especially in New York State (just look at Peekaboo James), is a broken disgrace. You have to fight for years, and spend a fortune, in order to get your reputation back from liars, cheaters, and hacks. This decision is from the Judge who was just overturned on my same case. I don't know this woman, have no idea who she is, other than it seems she got a picture of me many years ago, with her husband, shaking my hand on a reception line at a celebrity charity event. She completely made up a story that I met her at the doors of this crowded New York City Department Store and, within minutes, "swooned" her. It is a Hoax and a lie, just like all the other Hoaxes that have been played on me for the past seven years. And, while I am not supposed to say it, I will. This woman is not my type! She has no idea what day, what week, what month, what year, or what decade this so-called "event" supposedly took place. The reason she doesn't know is because it never happened, and she doesn't want to get caught up with details or facts that can be proven wrong. If you watch Anderson Cooper's interview with her, where she was promoting a really crummy book, you will see that it is a complete Scam. She changed her story from beginning to end, after the commercial break, to suit the purposes of CNN and Andy Cooper. Our Justice System is broken along with almost everything else in our Country. Her lawyer is a political operative and Cuomo crony who goes around telling people that the way to beat Trump is to sue him all over the place. She is suing me on numerous frivolous cases, just like this one, and the court system does nothing to stop it. In the meantime, and for the record, E. Jean Carroll is not telling the truth, is a woman who I had nothing to do with, didn't know, and would have no interest in knowing her if I ever had the chance. Now all I have to do is go through years more of legal nonsense in order to clear my name of her and her lawyer's phony attacks on me. This can only happen to "Trump"!

6,818 22,170 Oct 12, 2022, 10:38 PM

This “Ms. Bergdorf Goodman case” is a complete con job, and our legal system in this Country, but especially in New York State (just look at Peekaboo James), is a broken disgrace. You have to fight for years, and spend a fortune, in order to get your reputation back from liars, cheaters, and hacks. This decision is from the Judge who was just overturned on my same case. I don’t know this woman, have no idea who she is, other than it seems she got a picture of me many years ago, with her husband, shaking my hand on a reception line at a celebrity charity event. She completely made up a story that I met her at the doors of this crowded New York City Department Store and, within minutes, “swooned” her. It is a Hoax and a lie, just like all the other Hoaxes that have been played on me for the past seven years. And, while I am not supposed to say it, I will. This woman is not my type! She has no idea what day, what week, what month, what year, or what decade this so-called “event” supposedly took place. The reason she doesn’t know is because it never happened, and she doesn’t want to get caught up with details or facts that can be proven wrong. If you watch Anderson Cooper’s interview with her, where she was promoting a really crummy book, you will see that it is a complete Scam. She changed her story from beginning to end, after the commercial break, to suit the purposes of CNN and Andy Cooper. Our Justice System is broken along with almost everything else in our Country. Her lawyer is a political operative and Cuomo crony who goes around telling people that the way to beat Trump is to sue him all over the place. She is suing me on numerous frivolous cases, just like this one, and the court system does nothing to stop it. In the meantime, and for the record, E. Jean Carroll is not telling the truth, is a woman who I had nothing to do with, didn’t know, and would have no interest in knowing her if I ever had the chance. Now all I have to do is go through years more of legal nonsense in order to clear my name of her and her lawyer’s phony attacks on me. This can only happen to “Trump”!

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Case No: 23-cv-00793 *E. Jean Carroll v. Donald J. Trump*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I served a copy of James H. Brady's **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO INTERVENE,** via email to the following parties:

Chad Seigel, Esq.
cseigel@tacopinalaw.com

Matthew DeOreo, Esq.
mdeoreo@tacopinalaw.com

Tacopina & Seigel , P.C.
275 Madison Avenue,
35th Floor
New York, NY 10016
(212) 227−8877

/s/ JAMES H. BRADY

James H. Brady, *Pro se Plaintiff*
21 Pearce Avenue
Manasquan, NJ 08736
bradyny@gmail.com