UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Case No: 23-cv-00793  E. Jean Carroll v. Donald J. Trump

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I served a copy of James H. Brady's

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO INTERVENE,** via U.S.Postal Mail to the following parties at the following addresses:

**Plaintiff**
**E. Jean Carroll**

**Joshua Adam Matz**
Kaplan Hecker & Fink LLP
1050 K Street NW Suite 1040
Washington, DC 20001 929−294−2537
Email: jmatz@kaplanhecker.com
ATTORNEY TO BE NOTICED

**Matthew J. Craig**
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110 New York, NY 10118
(212)−763−0883
Fax: (212)−564−0883
Email: mcraig@kaplanhecker.com
ATTORNEY TO BE NOTICED

**Michael Ferrara**
Kaplan Hecker & Fink LLP 350 5th Ave.
Ste 63rd Floor
New York, NY 10118 929−294−2529
Email: mferrara@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Shawn Geovjian Crowley**
Kaplan, Hecker & Fink LLP 350 Fifth Avenue
Ste 63rd Floor

New York, NY 10118 212−763−0883
Email: scrowley@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Trevor Morrison**
Kaplan Hecker & Fink LLP 350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118 212−763−0883
Email: tmorrison@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Roberta Ann Kaplan**
Kaplan Hecker & Fink LLP 350 Fifth Avenue
63rd Floor
New York, NY 10118
212−763−0883
Fax: 212−564−0883
Email: rkaplan@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

*V.*
**Defendant**
**Donald J. Trump**

**Chad Derek Seigel**
Tacopina & Seigel , P.C.
275 Madison Avenue, , Fl 35
New York, NY 10016 (212) 227−8877
Fax: (212)619−1028
Email: cseigel@tacopinalaw.com   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Tacopina**
Tacopina Seigel & DeOreo 275 Madison Ave.
35th Floor
New York, NY 10016 212−227−8877
Fax: 212−619−1028
Email: info@tacopinalaw.com  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. DeOreo**
Tacopina Seigel & DeOreo 275 Madison Avenue
Fl 35
10016−1133, Ste 35th Floor New York, NY 10016

212−227−8877
Fax: 212−619−1028
Email: mdeoreo@tacopinalaw.com  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alina Habba**
Habba Madaio & Associates LLP
1430 US Highway 206
Suite 240
Bedminster, NJ 07921 908−869−1188
Email: ahabba@habbalaw.com
*ATTORNEY TO BE NOTICED*

**Michael T Madaio**
Habba Madaio & Associates LLP
1430 US Highway 206
Suite 240
Bedminster, NJ 07921 908−869−1188
Email: mmadaio@habbalaw.com
*ATTORNEY TO BE NOTICED*

**W. Perry Brandt**
W. Perry Brandt
P.O. Box 45081
Kansas City, MO 64111
816−305−7377
Email: wpbkc838@gmail.com
*ATTORNEY TO BE NOTICED*

**Interested Party**
**Matthew Russell Lee**


/s/ JAMES H. BRADY

James H. Brady, *Pro se Plaintiff*
21 Pearce Avenue
Manasquan, NJ 08736
bradyny@gmail.com