## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump**   Docket No.: **23-793**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Joshua A. Matz**

Firm: **Kaplan Hecker & Fink LLP**

Address: **1050 K Street NW, Suite 1040, Washington, DC 20001**

Telephone: **212-763-0883**   Fax:

E-mail: **jmatz@kaplanhecker.com**

Appearance for: **E. Jean Carroll, Plaintiff-Appellee**
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: **Roberta A. Kaplan, Kaplan Hecker & Fink LLP** )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **03/15/2023**   OR

[ ] I applied for admission on _____.

Signature of Counsel: *[signature]*

Type or Print Name: **Joshua A. Matz**