# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>E. Jean Carroll<br>vs<br>Donald Trump | **DISTRICT**<br>Southern District of NY | **DOCKET NUMBER**<br>22-cv-10016 |
| | **JUDGE**<br>Lewis A. Kaplan | **APPELLANT**<br>Donald Trump |
| | **COURT REPORTER**<br>multiple reporters | **COUNSEL FOR APPELLANT**<br>Joseph Tacopina |

**Check the applicable provision:**

☑ I am ordering a transcript. *For two Conferences*

☐ I am not ordering a transcript

**Reason for not ordering a transcript:**

☑ Copy is already available *For Trial Transcripts*

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

12.21.2023 Scheduling Conference Transcript ordered.

2.7.23 Status Conference Transcript ordered.

**METHOD OF PAYMENT** ☑ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☑ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, fl 35
New York, New York 10016
212.227.8877
212.619.1028 fax
jtacopina@tacopinalaw.com
mdeoreo@tacopinalaw.com

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**COUNSEL'S SIGNATURE:** /s/

**DATE:** 5.25.2023

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | DATE |
|---|---|
| | |