# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: E. Jean Carroll vs Donald J. Trump        Docket No.: 23-793

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph Tacopina / Tacopina Seigel & DeOreo

Appearance for (party/designation): Donald J. Trump / Appellant - Defendant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joseph Tacopina
Firm: Tacopina Seigel & DeOreo
Address: 275 Madison Avenue, floor 35, New York, New York 10016
Telephone: (212) 227.8877                Fax: (212) 619-1028
Email: jtacopina@tacopinalaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✓) I applied for admission on _____ or renewal on 05/30/2023.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: [signature]
Type or Print Name: Joseph Tacopina
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.