NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: E. Jean Carroll vs. Donald Trump          Docket No.: 23-793

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Matthew G. DeOreo

Firm: Tacopina Seigel & DeOreo

Address: 275 Madison Avenue, fl 35, New York, New York 10016

Telephone: (212) 227.8877       Fax: (212) 619.2018

E-mail: mdeoreo@tacopinalaw.com

Appearance for: Donald J. Trump, Appellant-Defendant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph Tacopina / Tacopina Seigel & DeOreo )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 3, 2022       OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Matthew G. DeOreo