## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: E. Jean Carroll vs Donald Trump  Docket No.: 23-793

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chad Derek Seigel

Firm: Tacopina Seigel & DeOreo

Address: 275 Madison Avenue, fl 35, New York, New York 10016

Telephone: 212.227.8877   Fax: 212.619.1028

E-mail: cseigel@tacopinalaw.com

Appearance for: Donald Trump / Appellant - Defendant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph Tacopina / Tacopina Seigel & DeOreo )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 05/30/2023   OR

☐ I applied for admission on _____ .

Signature of Counsel: *Chad Seigel* (signature)

Type or Print Name: Chad Derek Seigel