# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand twenty-three.

Before:     Beth Robinson,
               *Circuit Judge.*

_____

E. Jean Carroll,

    Plaintiff - Appellee,

v.

Donald J. Trump,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 23-793

    James H. Brady moves to intervene in this appeal.

    IT IS HEREBY ORDERED that the motion is DENIED.

                                       For the Court:

                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

