# Tacopina Seigel Trial Lawyers
TACOPINA SEIGEL & DEOREO

**MATTHEW G. DEOREO**
EMAIL: mdeoreo@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

June 16, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **Carroll v. Trump, Court of Appeals Docket #: 23-793**

Dear Ms. O'Hagan Wolfe:

I am counsel for Appellant Donald J. Trump in the above-referenced appeal. I write to respectfully inform the Court that Appellant, on June 8, 2023, filed a new trial motion in this case pursuant to Fed. R. Civ. P. 59 in the United States District Court for the Southern District of New York. *See Carroll v. Trump*, No. 1:22-cv-10016-LAK (S.D.N.Y.) at ECF Nos. 183-184.

Respectfully yours,

Matthew G. DeOreo

cc: All counsel by ECF