# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand twenty-three.

_____

E. Jean Carroll,

      Plaintiff - Appellee,

v.

Donald J. Trump,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 23-793

On June 16, 2023, the Court issued a notice staying this appeal, pursuant to Fed. R. App. P. 4(a)(4), due to a pending motion in the district court. The district court having denied the motion in an order dated July 19, 2023,

IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant must file a scheduling notification or transcript status update letter within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/19/2023