# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**MATTHEW G. DEOREO**
EMAIL: mdeoreo@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

July 19, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **Carroll v. Trump, Court of Appeals Docket #: 23-793**

Dear Ms. O'Hagan Wolfe:

I am counsel for Appellant Donald J. Trump in the above-referenced appeal. I write to respectfully request, pursuant to Local Rule 31.2, that Appellant's deadline to file his Brief be set for 91 days from today (the day that the stay of this appeal was lifted), namely October 18, 2023.

Respectfully yours,

Matthew G. DeOreo

cc:   All counsel by ECF