# UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand and twenty-three

E. Jean Carroll,

        Plaintiff - Appellee,

v.

Donald J. Trump,

        Defendant - Appellant.

**ORDER**

Docket No: 23-793

Counsel for Appellant Donald J. Trump has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 18, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's/ brief must be filed on or before October 18, 2023. The appeal is dismissed effective October 18, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court