# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C) SUPPLEMENTAL

**1. SEE NOTICE ON REVERSE**  **2. PLEASE TYPE OR PRINT**  **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| E. Jean Carroll<br><br>vs.<br><br>Donald Trump | Southern District of NY | Lewis A. Kaplan |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>Judgment on Rule 59 Motion:<br>July 19, 2023 | District Court Docket No.:<br>22 cv 10016 |
| | Date the Notice of Appeal was Filed:<br>Amended Notice of Appeal Filed:<br>July 19, 2023 | Is this a Cross Appeal?<br>☐ Yes  ☑ No |

| Attorney(s) for Appellant(s): | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| ☐ Plaintiff<br>☑ Defendant | Joseph Tacopina<br>Tacopina Seigel & DeOreo | 275 Madison Ave, fl 35, New York, New York 10016 | (212) 227-8877<br>(212) 619-1028 fax | | jtacopina@tacopinalaw.com<br>mdeoreo@tacopinalaw.com |

| Attorney(s) for Appellee(s): | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| ☑ Plaintiff<br>☐ Defendant | Roberta Kaplan<br>Kaplan Hecker & Fink LLP | 350 Fifth Avenue, 63rd Floor, New York, New York 10118 | (212) 763-0883<br>(212) 564-0883 | | rkaplan@kaplanhecker.com |

| Has Transcript Been Prepared?<br>yes | Approx. Number of Transcript Pages:<br>1519 | Number of Exhibits Appended to Transcript:<br>78 | Has this matter been before this Circuit previously? ☐ Yes ☑ No<br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:     Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
- ☐ U.S. a party
- ☑ Diversity
- ☐ Federal question (U.S. not a party)
- ☐ Other (specify): _____

**2. Appellate Jurisdiction**
- ☑ Final Decision
- ☐ Interlocutory Decision Appealable As of Right
- ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- ☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- [ ] Pre-trial
- [ ] During trial
- [✓] After trial

**2. Type of Judgment/Order Appealed**
- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [✓] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [ ] Other (specify):

**3. Relief**
- [ ] Damages:
  - Sought: $ _____
  - [✓] Granted: $ 5 million
  - Denied: $ _____
- [ ] Injunctions:
  - [ ] Preliminary
  - [ ] Permanent
  - [ ] Denied

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- Antitrust
- Bankruptcy
- Banks/Banking
- Civil Rights
- Commerce
- Energy
- Commodities
- Other (specify): _____
- Communications
- Consumer Protection
- Copyright □ Patent
- Trademark
- Election
- Soc. Security
- Environmental
- Freedom of Information Act
- Immigration
- Labor
- OSHA
- Securities
- Tax

**2. Torts**
- [ ] Admiralty/Maritime
- [✓] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**
- [ ] Admiralty/Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**
- Civil Rights
- Habeas Corpus
- Mandamus
- Parole
- Vacate Sentence
- Other

**5. Other**
- Hague Int'l Child Custody Conv.
- Forfeiture/Penalty
- Real Property
- Treaty (specify): _____
- Other (specify): _____

**6. General**
- Arbitration
- Attorney Disqualification
- Class Action
- Counsel Fees
- Shareholder Derivative
- Transfer

**7. Will appeal raise constitutional issue(s)?**
- [✓] Yes
- [ ] No

Will appeal raise a matter of first impression?
- [ ] Yes
- [✓] No

---

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: _____ [✓] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   - (A) Arises from substantially the same case or controversy as this appeal? [✓] Yes [ ] No
   - (B) Involves an issue that is substantially similar or related to an issue in this appeal? [✓] Yes [ ] No

If yes, state whether □ "A," or □ "B," or □ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| E. Jean Carroll vs Donald Trump | 20-cv-7311 | | SDNY |

Name of Appellant: Donald Trump

Date: 7/26/2023        Signature of Counsel of Record: *[signature]*

### NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

FORM C (Rev. December 2016)