**United States Court of Appeals for the Second Circuit**
**Civil Appeal Pre-Argument Statement (Form C)**

**Supplemental Addendum A (2)**

<u>**The Result**</u>

On July 19, 2023, by way of a Memorandum Opinion, the Lower Court (Hon. United States District Judge Lewis A. Kaplan) in *E. Jean Carroll vs Donald Trump,* Docket Number 22-cv-10016(LAK), denied Defendant-Appellant's Fed. R. Civ. P. 59 Motion for a new trial. Defendant-Appellant appealed this Memorandum Opinion by way of his Amended Notice of Appeal, filed on July 19, 2023.

As to the other results of the Lower Court proceedings, we respectfully refer the Court to Defendant-Appellant's previously filed Form C Addendum A (2) (2d Cir. Docket No. 24), which relates to Defendant-Appellant's May 11, 2023 Notice of Appeal (2d Cir. Docket No. 1).