## **SUPPLEMENTAL ADDENDUM B**

*Supplemental List of Issues Proposed to Be Raised on Appeal and the Applicable Standard of Review for Each Proposed Issue*

1. Did the Lower Court err in denying Appellant-Defendant's Fed. R. Civ. P. 59 Motion for a new trial (District Court ECF No. 212)? The applicable standard of review for this issue is the abuse of discretion standard.

    As to the other List of Issues Proposed to Be Raised on Appeal and the Applicable Standard of Review for Each Proposed Issue for this appeal, we respectfully refer the Court to Defendant-Appellant's previously filed Form C Addendum B (2d Cir. Docket No. 24), which relates to Defendant-Appellant's May 11, 2023 Notice of Appeal (2d Cir. Docket No. 1).