## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump**  Docket No.: **23-793**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Todd Blanche, Esq.**

Firm: **Blanche Law**

Address: **99 Wall St., Suite 4460**

Telephone: **212-716-1250**  Fax:

E-mail: **toddblanche@blanchelaw.com**

Appearance for: **Donald J. Trump / Appellant**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Matthew DeOreo, Esq., Chad Siegel, Esq., Joseph Tacopina, Esq. / Tacopina Seigel & DeOreo;**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **9/13/2019** OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Todd Blanche**

Type or Print Name: **Todd Blanche**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

Dated:　　New York, New York
　　　　　October 5, 2023

　　　　　　　　　　　　　　　　　　　/s/ Todd Blanche
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Todd Blanche
　　　　　　　　　　　　　　　　　　toddblanche@blanchelaw.com
　　　　　　　　　　　　　　　　　　Blanche Law, PLLC
　　　　　　　　　　　　　　　　　　99 Wall Street, Suite 4460
　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　(212) 716-1250