UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-793

**Caption [use short title]**

**Motion for:** Extension of Time

Set forth below precise, complete statement of relief sought:

For the Court to extend Appellant's opening brief and joint appendix due dates to November 20, 2023 (see attached Motion).

Carroll v. Trump

**MOVING PARTY:** Donald J. Trump
**OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Todd Blanche
**OPPOSING ATTORNEY:** Shawn Crowley

[name of attorney, with firm, address, phone number and e-mail]

Blanche Law
99 Wall St., Suite 4460, New York, NY 10005
Toddblanche@blanchelaw.com

Kaplan Hecker & Fink
63rd Floor 350 Fifth Avenue New York, NY
scrowley@kaplanhecker.com

**Court- Judge/ Agency appealed from:** Southern District of New York (Kaplan, L.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Todd Blanche  **Date:** 10/5/2023  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>   *Plaintiff-Appellee,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant-Appellant.* | No. 23-793 |

**MEMORANDUM IN SUPPORT OF**
**<u>UNOPPOSED MOTION TO EXTEND DEADLINES</u>**

Defendant-Appellant Donald J. Trump, by counsel, hereby moves to extend the opening brief and joint appendix deadlines from October 18, 2023 to November 20, 2023. The Appellee, through counsel, has no objection.

This appeal arises out of the trial and verdict in the matter *Carroll v. Trump*, 22-cv-20016, in the Southern District of New York. President Trump's opening brief and the joint appendix is currently due on October 18, 2023. (Dkt. No. 57 and accompanying docket entry). During a meet and confer on October 5, 2023, counsel for Appellee consented to a 30-day extension for President Trump to file his opening brief and the joint appendix. November 18, 2023 falls on a Saturday, and President Trump respectfully requests that the Court enter an order extending the time for President Trump to file his opening brief and the joint appendix by November 20, 2023.

This is President Trump's first request for extension. The brief is in progress, but President Trump recently retained undersigned counsel and additional time is necessary to effectively represent President Trump's interests. Undersigned counsel also has a number of other pressing

-2-

matters, and the 30-day extension should suffice to enable the completion of President Trump's opening brief.

WHEREFORE, President Trump respectfully requests that the Court grant this Motion and extend the deadlines for submission of the opening brief and joint appendix to November 20, 2023.

Date: October 5, 2023
New York, New York

By: */s/ Todd Blanche*
Todd Blanche
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1260
toddblanche@blanchelaw.com

*Attorney for President Donald J. Trump*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>    *Plaintiff-Appellee,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant-Appellant.* | No. 23-793 |

**DECLARATION IN SUPPORT OF**
**UNOPPOSED MOTION TO EXTEND DEADLINES**

    1.    I, Todd Blanche, am an attorney at Blanche Law PLLC in New York, New York. I am counsel for Defendant-Appellant Donald J. Trump, along with President Trump's other counsel of record. I am submitting this Declaration in support of the Unopposed Motion filed herewith.

    2.    I declare that the facts set forth in the memorandum are true and correct.

    3.    I hereby declare under the penalties of perjury on October 5, 2023 that the foregoing is correct.

                                                       By: */s/ Todd Blanche*
                                                           Todd Blanche

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

| | |
|---|---|
| Dated: New York, New York<br>October 5, 2023 | */s/ Todd Blanche*<br>Todd Blanche<br>Blanche Law PLLC<br>99 Wall Street, Suite 4460<br>New York, NY 10005<br>212-716-1260<br>toddblanche@blanchelaw.com |