# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-three.

Before:    José A. Cabranes,
              William J. Nardini,
                    *Circuit Judge.* [*]

---

E. Jean Carroll,

        Plaintiff - Appellee,

v.

Donald J. Trump,

        Defendant - Appellant.

**ORDER**

Docket No. 23-793

---

    Appellant moves for a 30-day extension of time to file the opening brief.

    IT IS HEREBY ORDERED that the Appellant's motion for a 30-day extension of time to file an opening brief is GRANTED, on consent of the parties. The Appellant shall file an opening brief no later than November 20, 2023. No further extensions will be granted.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court



---

[*] The third member of the panel is recused from this matter. The remaining two members, who are in agreement, have determined the motion. *See* 2d Cir. IOP E(b).