# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump**   Docket No.: **23-0793-cv**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Emil Bove**

Firm: **Blanche Law**

Address: **99 Wall Street, Suite 4460, New York, NY 10005**

Telephone: **212-716-1250**   Fax:

E-mail: **emil.bove@blanchelaw.com**

Appearance for: **Donald J. Trump (defendant-appellant)**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Todd Blanche / Blanche Law** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 6, 2019**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Emil Bove**

Type or Print Name: **Emil Bove**