# CERTIFICATE OF SERVICE

I certify that one copy of the Sealed Joint Appendix was served via overnight delivery on the parties listed below:

>Roberta A. Kaplan
>Kaplan Hecker & Fink LLP
>350 Fifth Avenue, 63rd Floor
>New York, New York 10118
>(212) 763-0883
>
>   – and –
>
>Joshua A. Matz
>Kaplan Hecker & Fink LLP
>1050 K Street NW, Suite 1040
>Washington, DC 20001
>(212) 763-0883
>
>*Attorneys for Plaintiff-Appellee*

Dated: November 20, 2023

>*/s/ Emil Bove*
>Emil Bove
>Todd Blanche
>Blanche Law
>99 Wall Street, Suite 4460
>New York, New York 10005
>(212) 716-1250
>
>*Attorneys for President Donald J. Trump*