# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL     jmatz@kaplanhecker.com

December 1, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

                 Re:      *Carroll v. Trump*, No. 23-793

Dear Ms. Wolfe:

      I write on behalf of Plaintiff-Appellee E. Jean Carroll concerning the above-referenced appeal. Pursuant to Local Rule 31.2, Ms. Carroll requests that the Court designate February 16, 2024, as the deadline for the filing of Appellee's brief. This date is within 91 days of the filing of Appellant Donald J. Trump's opening brief, which was filed on November 20, 2023.

                                                                    Respectfully submitted,

                                                                    Joshua Matz