UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-793

**Caption [use short title]**

**Motion for:** Extension of Time

Set forth below precise, complete statement of relief sought:

An extension of the due date for Appellee's brief to March 20, 2024.

Carroll v. Trump

**MOVING PARTY:** E. Jean Carroll
**OPPOSING PARTY:** Donald J. Trump

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Joshua Matz
**OPPOSING ATTORNEY:** Todd Blanche

[name of attorney, with firm, address, phone number and e-mail]

Kaplan Hecker & Fink
1050 K Street NW, Suite 1040, Washington, DC 20001
212-763-0883; jmatz@kaplanhecker.com

Blanche Law
99 Wall Street, Suite 4460, New York, NY 10005
212-716-1250; toddblanche@blanchelaw.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
_/s/_  **Date:** 12/27/2023  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

    *Plaintiff-Appellee*,

v.

DONALD J. TRUMP,

    *Defendant-Appellant*.

No. 23-793

## PLAINTIFF-APPELLEE'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME

Pursuant to Local Rule 27.1(f), Plaintiff-Appellee E. Jean Carroll respectfully requests that this Court extend the deadline for Appellee's brief from February 16, 2024, to March 20, 2024. In support of this motion, Carroll states as follows:

1. On October 5, 2023, Defendant-Appellant Donald J. Trump moved to extend the opening brief and joint appendix deadlines in this appeal from October 18, 2023, to November 20, 2023. Carroll did not oppose the motion, and the Court granted Trump's request. *See* ECF 67, 71.

2. Trump filed his opening brief on November 20, 2023. ECF 74.

3. On December 4, 2023, this Court entered Carroll's scheduling notification and set the deadline for her brief as February 16, 2024. ECF 99.

4.  This is Carroll's first request for an extension. Extending the deadline for Appellee's brief to March 20, 2024, will allow Carroll adequate time to respond to Trump's opening brief. That is particularly warranted given the press of matters facing Carroll's counsel. Most notably, Carroll is scheduled to begin a jury trial (also against Trump) in the Southern District of New York on January 16, 2024. *See Carroll v. Trump*, No. 20 Civ. 7311 (S.D.N.Y), ECF 218 ("*Carroll I*"). In addition, Carroll and Trump are currently engaged in emergency motion practice in this Court in an appeal arising from the *Carroll I* proceedings. *See Carroll v. Trump*, Nos. 23-1045, 23-1146, ECF 139. Finally, the undersigned faces a deadline of January 16, 2024, for the submission of a brief in opposition to a petition for a writ of certiorari at the U.S. Supreme Court in *Griffin v. New Mexico ex rel. White*, No. 23-279.

5.  Counsel for Trump has stated that they have no objection to Carroll's request.

Accordingly, Carroll respectfully requests that the Court grant this motion and extend the deadline for Appellee's brief to March 20, 2024.

Dated: Washington, DC
December 27, 2023

*/s/ Joshua Matz*
Joshua Matz
Kaplan Hecker & Fink LLP
1050 K Street NW, Suite 1040
Washington, D.C., 20001
Telephone: (212) 763-0883
jmatz@kaplanhecker.com

*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I, Joshua Matz, counsel for Plaintiff-Appellee and a member of the Bar of this Court, certify that, on December 27, 2023, the foregoing document was filed with the Clerk through the Court's electronic filing system.

Dated: Washington, DC
      December 27, 2023

                      */s/ Joshua Matz*
                      Joshua Matz

                      *Counsel for Plaintiff-Appellee*