# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-four.

Before:      William J. Nardini,
                *Circuit Judge.*

E. Jean Carroll,

     Plaintiff - Appellee,

**ORDER**

Docket No. 23-793

v.

Donald J. Trump,

     Defendant - Appellant.

    Appellee moves for an extension of time to March 20, 2024 to file the response brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                     For the Court:

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court

