# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-four.

_____

E. Jean Carroll,

        Plaintiff - Appellee,

v.

Donald J. Trump,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 23-793

Matthew G. DeOreo, Chad D. Seigel, and Joseph Tacopina move to be relieved as counsel for the Appellant.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

