NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Carroll v. Trump  Docket No.: 23-793

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Matthew J. Craig

Firm: Kaplan Hecker & Fink LLP

Address: 350 Fifth Avenue, 63rd Floor, New York, NY 10118

Telephone: 212-763-0883  Fax:

E-mail: mcraig@kaplanhecker.com

Appearance for: E. Jean Carroll, Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Roberta A. Kaplan, Kaplan Hecker & Fink LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/20/2020  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Matthew J. Craig

Type or Print Name: Matthew J. Craig