# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of April, two thousand twenty-four.

Before:      Beth Robinson,
                   *Circuit Judge.*

---

E. Jean Carroll,

       Plaintiff - Appellee,

v.

Donald J. Trump,

       Defendant - Appellant.

---

**ORDER**

Docket No. 23-793

Appellee moves for leave to file her brief under seal and for leave to file a supplemental appendix.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court