# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-793

**Caption [use short title]**

**Motion for:** Extension of Time to File Reply Brief

Carroll v. Trump

Set forth below precise, complete statement of relief sought:

Extension of the due date for Appellant's Reply Brief to May 1, 2024 (see attached motion).

**MOVING PARTY:** Donald J. Trump  **OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** D. John Sauer  **OPPOSING ATTORNEY:** Joshua Matz

[name of attorney, with firm, address, phone number and e-mail]

James Otis Law Group, LLC
13321 N. Outer Forty Rd., Suite 300, St. Louis, MO 63017
(314) 562-0031; john.sauer@james-otis.com

Kaplan Hecker & Fink
1050 K St. NW, Suite 1040, Washington, DC 20001
(212) 763-0883; jmatz@kaplanhecker.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:_____

**Signature of Moving Attorney:**
D. John Sauer  *Digitally signed by D. John Sauer Date: 2024.04.03 16:38:23 -05'00'*  **Date:** April 4, 2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>      *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant-Appellant*, | No. 23-793 |

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rule 27.1(f), Defendant-Appellant Donald J. Trump respectfully requests that this Court extend the deadline for Appellant's Reply Brief from April 10, 2024, to May 1, 2024. In support thereof, Defendant-Appellant states:

1. On October 10, 2023, this Court granted a 30-day extension of time for Defendant-Appellant to file his Opening Brief, which Brief was filed on November 20, 2023.

2. On January 10, 2024, this Court granted a similar 30-day extension of time for Plaintiff-Appellee to file her Response Brief, which Brief was filed on March 20, 2024.

3. Defendant-Appellant's Reply Brief is currently due April 10, 2024.

1

4. This is Defendant-Appellant's first request for an extension of time for this Brief.

5. The parties' counsel have conferred about this request, and Plaintiff-Appellee consents to the relief sought herein on the understanding that there will not be any further extensions to the briefing deadlines in this matter.

6. Extending the deadline for Defendant-Appellant's Reply Brief to May 1, 2024, is necessary to allow counsel adequate time to respond to Plaintiff-Appellee's Response Brief. Counsel for Defendant-Appellant Mr. Blanche and Mr. Bove are fully occupied in preparing for a lengthy and complex criminal trial scheduled to commence April 15, 2024. Additional counsel to Defendant-Appellant, Mr. Sauer, entered his appearance on April 3, 2024, and requires additional time to gain familiarity with the complex issues in this appeal. Moreover, counsel have significant additional responsibilities in the same time frame, including drafting reply briefs on post-trial motions due April 9, 2024, in the district court, in a matter closely related to this appeal. *See Carroll v. Trump*, No. 20-cv-7311 (S.D.N.Y.) ("*Carroll I*"). In addition, Mr. Sauer is also heavily engaged in expedited proceedings before the U.S. Supreme Court, with a reply brief due April 15, 2024, and oral argument scheduled for April 25, 2024. *See Trump v. United States*, No. 23-939 (U.S.). Due to the extraordinary press of matters and lack of time facing Defendant-Appellant's counsel, a 21-day extension to May 1, 2024, is warranted.

WHEREFORE, Defendant-Appellant respectfully requests that this Court grant a 21-day extension of time to file his Reply Brief, setting the deadline for May 1, 2024.

Dated: April 4, 2024
St. Louis, Missouri

*/s/ D. John Sauer*
D. John Sauer
JAMES OTIS LAW GROUP, LLC
13321 N. Outer Forty Rd., Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

*Attorney for Defendant-Appellant
President Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*
