# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand twenty-four.

_____

E. Jean Carroll,

       Plaintiff - Appellee,

v.

Donald J. Trump,

       Defendant - Appellant.
_____

**ORDER**

Docket No. 23-793

    Appellant moves for an extension of time to May 1, 2024 to file the reply brief. Appellee does not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

