# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand twenty-four.

Before:          Beth Robinson,
                         *Circuit Judge.*

_____

E. Jean Carroll,

                         Plaintiff - Appellee,

v.

Donald J. Trump,

                         Defendant - Appellant.

_____

**ORDER**

Docket No. 23-793

Defendant-Appellant appeals a May 11, 2023 judgment of the Southern District of New York awarding Plaintiff-Appellee $5,000,000 in money damages.  SDNY No. 22-cv-10016, Dkt. 178 (judgment); *Id.*, Dkt. 179 (notice of appeal).  On June 28, 2023, pursuant to a June 23, 2023 Stipulation and Order Regarding the Use of a Cash Deposit in Court as Security in Lieu of a Supersedeas Bond, Defendant made a $5,550,000.00 cash deposit into the district court's registry.  *Id.*, Dkt. 210; *Id.*, June 28, 2023 docket entry.  Pursuant to Federal Rule of Appellate Procedure 2, Plaintiff requests that we schedule oral argument in this case on an expedited basis. She argues before this Court that expedited scheduling is necessary to avoid undue, prejudicial delay because Defendant is likely to seek to delay this Court's appellate review.  2d Cir. No. 23-793, Dkt. 139 at 14.

Plaintiff has not established good cause to expedite oral argument in this appeal.  This appeal does not fall within a category of cases subject to automatic placement on the expedited appeals calendar.  2d Cir. Local R. 31.2(b).  And Plaintiff has not otherwise established cause for expedited scheduling.  *Cf. United States v. Murdock*, 735 F.3d 106, 109–10 (2d Cir. 2013) (expedited challenge to district court's refusal to modify location condition of supervised release where the defendant would begin supervision in less than two months); *Clarett v. National Football League*, 369 F.3d 124, 129 (2d Cir. 2004) (expedited challenge to district court's order deeming college football player eligible to participate in the National Football League draft, issued two months before the draft was to take place); *Romeu v. Cohen*, 265 F.3d 118, 122 (2d Cir. 2001) (expedited challenge to federal statutes preventing Puerto Rico resident from casting

an absentee ballot in the then-impending November 2000 Presidential election); *Schonfeld v. Raftery*, 381 F.2d 446, 447 (2d Cir. 1967) (expedited challenge to order scheduling supervised union election to allow decision prior to the date of that election).

Any future attempt to postpone the argument once scheduled would require a showing of "extraordinary circumstances." 2d Cir. Local R. 34.1(e). Defendant would face potential sanctions for taking or failing to take any action for the purpose of causing unnecessary delay. 2d Cir. Local R. 38.1. And Plaintiff's judgment for money damages is secured.

Accordingly, Plaintiff's motion is DENIED, and argument in this appeal shall be scheduled in the ordinary course.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court