# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      212.763.0883
DIRECT EMAIL    jmatz@heckerfink.com

August 9, 2024

**VIA CM/ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

       *Re:*    *Carroll v. Trump*, No. 23-793

Dear Ms. O'Hagan Wolfe:

I, along with Matthew J. Craig and Kate Harris, (the "Hecker Fink Attorneys"), represent Appellee E. Jean Carroll in the appeal referenced above. On July 29, 2024, Appellee informed Hecker Fink LLP that she was discharging the Hecker Fink Attorneys as her counsel in this matter and directed us to withdraw. Accordingly, I hereby inform the Court that the Hecker Fink Attorneys and Hecker Fink LLP are withdrawing as counsel for Appellee. Appellee will continue to be represented by remaining counsel of record. This change will not prejudice this appeal or any of the parties involved.

                              Respectfully submitted,

                              Joshua Matz

cc. All counsel of record (via CM/ECF)