# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Carroll v. Trump    Docket No.: 23-793

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: D. Brandon Trice

Firm: Kaplan Martin LLP

Address: 156 West 56th St., Suite 207

Telephone: (212) 316-9500    Fax:

E-mail: btrice@kaplanmartin.com

Appearance for: E. Jean Carroll, Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Roberta A. Kaplan, Kaplan Martin LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: D. Brandon Trice