

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

Roberta Kaplan
(212) 316-9500
rkaplan@kaplanmartin.com

September 6, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *Carroll v. Trump*, No. 23-793

Dear Ms. O'Hagan Wolfe:

  I am counsel for Appellee E. Jean Carroll in the above-refenced appeal. During today's oral argument, we referenced two authorities that had not previously been mentioned in Ms. Carroll's brief, in response to points raised by Appellant Donald J. Trump in his reply brief. For the Court's convenience, those provisions are: 18 U.S.C. § 113(e) (1964) (cross-referenced in Act to Amend the Federal Aviation Act of 1958, Pub. L. 87-197, § 1, 75 Stat. 466 (1961) (codified at 49 App. U.S.C. § 1472(k)(1))), and *United States v. Bayes*, 210 F.3d 64 (1st Cir. 2000).

                 Respectfully submitted,

                  */s/ Roberta A. Kaplan*

                  Roberta A. Kaplan

cc:  All counsel by ECF