# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand twenty-four.

Before:    Denny Chin,
                Susan L. Carney,
                Myrna Pérez
                      *Circuit Judges*.

E. Jean Carroll,

        Plaintiff - Appellee,

v.

Donald J. Trump,

        Defendant - Appellant.

**JUDGMENT**

Docket No. 23-793

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment of the district court is AFFIRMED.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

