UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>E. Jean Carroll v. Donald J. Trump | USCA DOCKET NUMBER:<br>23-793 | COUNSEL'S NAME:<br>D. Brandon Trice |
| | DISTRICT/AGENCY:<br>(S.D.N.Y) | COUNSEL'S ADDRESS:<br>1133 Avenue of the Americas, Suite 1500<br>New York, NY 10036 |
| | DISTRICT/AGENCY NUMBER:<br>22-cv-10016 (LAK) | DATE:<br>January 13, 2025 |

Counsel for
Appellee, E. Jean Carroll
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Appellant, Donald J. Trump
and in favor of
Appellee, E. Jean Carroll
for insertion in the mandate.

Docketing Fee                                                          _____

Costs of printing appendix (necessary copies __6__ )     710.80

Costs of printing brief (necessary copies __6__ )          470.80

Costs of printing reply brief (necessary copies _____ )  _____

(VERIFICATION HERE)

                                                                    _____
                                                                       Signature

Rev. April, 2011

# VERIFICATION

THE STATE OF NEW YORK

COUNTY OF NEW YORK

Sworn to and subscribed before me this 13th day of January, 2025, by D. Brandon Trice.

_____
Notary Public

ABIGAIL E FURMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FU0030269
Qualified in New York County
Commission Expires 10/28/2028

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
Case No. 23-793

---

DONALD J. TRUMP,

        Defendant-Appellant,

-against-

E. JEAN CARROLL,

        Plaintiff-Appellee.

---

**VERIFICATION OF BILL OF COSTS**

    D. Brandon Trice, an attorney admitted to practice in the United States Court of Appeals for the Second Circuit, affirms:

    1. I am a partner of Kaplan Martin LLP, counsel of record for Plaintiff-Appellee E. Jean Carroll in this proceeding.

    2. I verify, pursuant to Federal Rule of Appellate Procedure 39, that the costs claimed in the foregoing Bill of Costs were incurred in connection with this appellate proceeding and, as set forth, are true and correct.

    3. Our printer's Itemized Bill of Costs and invoices for charges paid by Kaplan Martin LLP, which are attached hereto, show the following:

        a. For Appellee's Brief Filed Under Seal, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 67-page Appellee's Brief, taxable at $.20 per page under Local Rule 39.1 or $80.40 in total; and bound six necessary copies of Appellee's Brief, taxable at $5.00 per book under Local Rule 39.1 or $30.00

in total. Thus, the taxable costs in connection with the printing and binding of Appellee's Brief Filed Under Seal total $235.40.

  b. For Appellee's Brief Redacted, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 67-page Appellee's Brief, taxable at $.20 per page under Local Rule 39.1 or $80.40 in total; and bound six necessary copies of Appellee's Brief, taxable at $5.00 per book under Local Rule 39.1 or $30.00 in total. Thus, the taxable costs in connection with the printing and binding of Appellee's Brief Redacted total $235.40.

  c. For Appellee's Supplemental Appendix Filed Under Seal, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 167-page Appellee' Supplemental Appendix, taxable at $.20 per page under Local Rule 39.1 or $200.40 in total; and bound six necessary copies of the Appellee' Supplemental Appendix, taxable at $5.00 per book under Local Rule 39.1 or $30.00 in total. Thus, taxable costs in connection with the printing and binding of the Appellee's Supplemental Appendix Filed Under Seal total $355.40.

  d. For Appellee's Supplemental Appendix Redacted, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 167-page Appellee' Supplemental Appendix, taxable at $.20 per page under Local Rule 39.1 or $200.40 in total; and bound six necessary copies of the Appellee' Supplemental Appendix, taxable at $5.00 per book under Local Rule 39.1 or $30.00 in total. Thus, taxable costs in connection with the printing and binding of the Appellee's Supplemental Appendix Redacted total $355.40.

  4. The foregoing taxable costs are accurate and lower than the actual costs indicated on

the attached invoices. Such actual costs are not higher than those generally charged for printing services in New York, New York.

Dated: New York, New York
January 13, 2025

/s/ D. Brandon Trice
D. Brandon Trice



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

January 7, 2025

KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10119

*Carroll v. Trump*

Appellee's Brief & Supplemental Appendix
(Filed Under Seal & Redacted Versions)

United States Court of Appeals - 2nd Circuit

# ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 23-793**

Appellee's Brief - Filed Under Seal - (6 copies/67 pages)

| | | | |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 402 | Printed 67 Text Pages x 6 Copies | $ 0.20 | 80.40 |
| 6 | Perfect Bound Books | $ 5.00 | 30.00 |
| | | SUB-TOTAL: | 235.40 |
| | | NYC SALES TAX: | $20.89 |

Appellee's Brief Redacted - (6 copies/67 pages)

| | | | |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 402 | Printed 67 Text Pages x 6 Copies | $ 0.20 | 80.40 |
| 6 | Perfect Bound Books | $ 5.00 | 30.00 |
| | | SUB-TOTAL: | 235.40 |
| | | NYC SALES TAX: | $20.89 |

Appellee's Supplemental Appendix - Filed Under Seal - (6 copies/167 pages)

| | | | |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 1,002 | Printed 167 Text Pages x 6 Copies | $ 0.20 | 200.40 |
| 6 | Perfect Bound Books | $ 5.00 | 30.00 |
| | | SUB-TOTAL: | 355.40 |
| | | NYC SALES TAX: | $31.54 |

Appellee's Supplemental Appendix - Redacted - (6 copies/167 pages)

| | | | |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 1,002 | Printed 167 Text Pages x 6 Copies | $ 0.20 | 200.40 |
| 6 | Perfect Bound Books | $ 5.00 | 30.00 |
| | | SUB-TOTAL: | 355.40 |
| | | NYC SALES TAX: | $31.54 |
| | | **TOTAL:** | **$1,286.47** |

We certify that the stated charges are based on the necessary copies
needed to serve and file. The price is comparable to industry standards.

**RECORD PRESS, INC.**
229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



| BILL TO | | INVOICE # | 118020 |
|---|---|---|---|
| William Lutz | | DATE | 05/28/2024 |
| Kaplan Hecker & Fink LLP | | DUE DATE | 06/12/2024 |
| 350 Fifth Ave. Suite 7110 | | TERMS | Net 15 |
| New York, NY  10118 | | | |

| CAPTION | JOB # | REP |
|---|---|---|
| Carroll v Trump | 99735 | NMA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2ND CIRCUIT COURT OF APPEALS | | | |
| Motion - 3 Copies / 205 Pages | | | |
| (1st 3 Copies - Printing, Covers & Velo Binding) | 1 | 429.25 | 429.25 |
| Blue Sheet(s) 3 Copies x 22 Pages | 66 | 4.00 | 264.00 |
| | | Subtotal: | 693.25 |
| 15% Courtesy Discount | 693.25 | -0.15 | -103.99 |
| Court Filing Only | 1 | 95.00 | 95.00 |

**PAID**

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-record-press-invoice/

(American Express, Visa, MasterCard & Discover)

| SUBTOTAL | 684.26 |
|---|---|
| TAX (8.875%) | 60.73 |
| TOTAL | 744.99 |
| PAYMENT | 744.99 |
| BALANCE DUE | **$0.00** |

**RECORD PRESS, INC.**
229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



**BILL TO**                                    **INVOICE #** 117532
William Lutz                                   **DATE** 04/23/2024
Kaplan Hecker & Fink LLP                       **DUE DATE** 05/08/2024
350 Fifth Ave. Suite 7110                      **TERMS** Net 15
New York, NY  10118

| CAPTION | JOB # | REP |
| --- | --- | --- |
| Carroll v Trump | 99076/99144 | NMA |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| 2nd CIRCUIT COURT OF APPEALS | | | |
| Appellee's Appendix & Appellee's Appendix - Filed Under Seal | | | |
| | | | |
| Appellee's Appendix - 9 Copies / 167 Pages | | | |
| (Includes Printing, Covers & Binding) | 167 | 3.91 | 652.97 |
| Table of Contents | 1 | 110.00 | 110.00 |
| OCR - Pages Text Searchable | 167 | 0.20 | 33.40 |
| Numbered Make Ready | 167 | 0.18 | 30.06 |
| Electronic Preparation and Review (per file) | 1 | 95.00 | 95.00 |
| | | | |
| Appellee's Appendix - Filed Under Seal - 11 Copies / 167 Pages | | | |
| (Includes Printing, Covers & Binding) | 167 | 4.57 | 763.19 |
| | | Subtotal: | 1,684.62 |
| | | | |
| 15% Courtesy Discount | 1,684.62 | -0.15 | -252.69 |
| Paralegal Time | 4 | 150.00 | 600.00 |
| Service (1st party) & Filing | 1 | 130.00 | 130.00 |
| FedEx Shipment(s) | 2 | 33.34 | 66.68 |
| Postage | 1 | 13.88 | 13.88 |

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

| | |
| --- | --- |
| SUBTOTAL | 2,242.49 |
| TAX (8.875%) | 193.10 |
| TOTAL | 2,435.59 |
| PAYMENT | 2,435.59 |
| BALANCE DUE | **$0.00** |

PAID

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-record-press-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060

**RECORD PRESS, INC.**

229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



**BILL TO**

William Lutz
Kaplan Hecker & Fink LLP
350 Fifth Ave. Suite 7110
New York, NY  10118

**INVOICE #** 117446
**DATE** 03/31/2024
**DUE DATE** 04/15/2024
**TERMS** Net 15

| CAPTION | JOB # | REP |
|---|---|---|
| Carroll v Trump | 98985/99110/99125 | NMA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2nd  CIRCUIT COURT OF APPEALS | | | |
| Appellee's Brief - Redacted, Appellee's Brief - Filed Under Seal & Motion | | | |
| Client billing number is 0134.001 | | | |
| | | | |
| Appellee's Brief - Redacted - 9 Copies / 67 Pages | | | |
| (1st 3 Copies - Printing, Covers & Binding) | 1 | 218.00 | 218.00 |
| Additional copies | 6 | 41.50 | 249.00 |
| | | | |
| Appellee's Brief - Filed Under Seal - 10 Copies / 67 Pages | | | |
| (1st 3 Copies - Printing, Covers & Binding) | 1 | 218.00 | 218.00 |
| Additional copies | 7 | 41.50 | 290.50 |
| | | | |
| Motion - 6 Copies / 181 Pages | | | |
| (1st 3 Copies - Printing, Covers & Binding) | 1 | 329.25 | 329.25 |
| Additional copies | 3 | 88.75 | 266.25 |
| Blue Sheet(s) 6 Copies x 4 Pages | 24 | 4.50 | 108.00 |
| Electronic Preparation and Review (per file) | 2 | 90.00 | 180.00 |
| | | Subtotal: | 1,859.00 |
| | | | |
| 15% Courtesy Discount | 1,859 | -0.15 | -278.85 |
| Service (1st party) & Filing | 1 | 130.00 | 130.00 |
| Additional Services | 1 | 45.00 | 45.00 |
| Postage | 1 | 13.88 | 13.88 |
| FedEx Shipment(s) | 2 | 37.45 | 74.90 |

PAID

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

| SUBTOTAL | 1,843.93 |
|---|---|
| TAX (8.875%) | 157.00 |
| TOTAL | 2,000.93 |
| PAYMENT | 2,000.93 |
| BALANCE DUE | **$0.00** |

We also accept payment via credit card at the following link:

RECORD PRESS, INC.
TAX ID # 13-5654060

https://recordpress.com/pay-your-record-press-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060