# James Otis Law Group, LLC

530 Maryville Centre Drive, Suite 230  
St. Louis, Missouri 63141  
(314) 949-3018

**Michael E. Talent**  
Michael.Talent@james-otis.com

May 30, 2025

**Via CM/ECF Electronic Filing**

Ms. Catherine O'Hagan Wolfe  
Clerk of Court  
United States Court of Appeals for the Second Circuit  
40 Foley Square  
New York, NY 10007

Re:   Notice of Withdrawal of Counsel – *Carroll v. Trump*, No. 23-793

Dear Ms. Wolfe:

    I am counsel to President Donald J. Trump, the Appellant in the above-referenced case pending before the Court. By means of this letter, I hereby notify the Court of my withdrawal as counsel for President Trump.

    Good cause exists as I am leaving the James Otis Law Group, LLC, shortly to pursue other opportunities. Other counsel from the James Otis Law Group, LLC continue to represent President Trump in this matter. My withdrawal as counsel will not unduly delay this matter or prejudice any party.

    I appreciate the Court's time and attention to this matter.

                                            Respectfully submitted,

                                            */s/ Michael E. Talent*  
                                            Michael E. Talent  
                                            JAMES OTIS LAW GROUP, LLC  
                                            530 Maryville Centre Drive, Suite 230  
                                            St. Louis, Missouri 63141  
                                            (314) 949-3018  
                                            Michael.Talent@james-otis.com

cc:   All counsel via CM/ECF