23-793
*Carroll v. Trump*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-five.

Present:
>DEBRA ANN LIVINGSTON,
>>*Chief Judge,*
>
>RAYMOND J. LOHIER, JR.,
>MICHAEL H. PARK,
>WILLIAM J. NARDINI,
>STEVEN J. MENASHI,
>EUNICE C. LEE,
>BETH ROBINSON,
>MYRNA PÉREZ,
>SARAH A. L. MERRIAM,
>MARIA A. KAHN,
>>*Circuit Judges.*

_____

E. JEAN CARROLL,

>*Plaintiff-Appellee,*

v.   23-793

DONALD J. TRUMP,

>*Defendant-Appellant.*

_____

1

| | |
|---|---|
| For Defendant-Appellant: | D. John Sauer, James Otis Law Group, LLC, St. Louis, MO. |
| | Todd Blanche & Emile Bove, Blanche Law, New York, NY. |
| For Plaintiff-Appellee: | Roberta A. Kaplan (Matthew J. Craig, *on the brief*), Kaplan Martin, LLP, New York, NY. |
| | Joshua Matz & Kate Harris, *on the brief*, Hecker Fink LLP, Washington, DC. |

Following disposition of this appeal on December 30, 2024, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

Myrna Pérez, *Circuit Judge*, joined by Eunice C. Lee, Beth Robinson, and Sarah A. L. Merriam, *Circuit Judges*, concurs by opinion in the denial of rehearing *en banc*.

Steven J. Menashi, *Circuit Judge*, joined by Michael H. Park, *Circuit Judge*, dissents by opinion from the denial of rehearing *en banc*.

Denny Chin and Susan L. Carney, *Circuit Judges*, filed a statement with respect to the denial of rehearing *en banc*.

Richard J. Sullivan, Joseph F. Bianco, and Alison J. Nathan, *Circuit Judges*, took no part in the consideration or decision of the petition.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

