# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 4, 2025

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: Donald J. Trump, President of the United States
v. E. Jean Carroll
Application No. 25A250
(Your No. 23-793)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on September 4, 2025, extended the time to and including November 10, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Rashonda Garner
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Justin Daniel Smith
James Otis Law Group, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, MO 63141


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

6500 19812 0001

USM4E
SDNY



quadient
FIRST-CLASS MAIL
IMI
$000.74°
09/05/2025 ZIP 20543
043M31266310

US POSTAGE