# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 13, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Donald J. Trump, President of the United States
           v. E. Jean Carroll
           No. 25-573
           (Your No. 23-793)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 10, 2025 and placed on the docket November 13, 2025 as No. 25-573.

                                   Sincerely,

                                   **Scott S. Harris**, Clerk

                                   by

                                   Susan Frimpong
                                   Case Analyst